# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
CP of Bozeman, Inc., dba Maintenance Patrol ) ASBCA No. 58533
)
Under Contract No. FA4613-06-C-0005 )

APPEARANCE FOR THE APPELLANT: Mr. Raul Luciani
President

APPEARANCES FOR THE GOVERNMENT: Col Jennifer L. Martin, USAF
Air Force Chief Trial Attorney
Capt Joel B. Lofgren, USAF
Trial Attorney

## ORDER OF DISMISSAL

The parties informed the Board that this appeal has been settled. Pursuant to the parties' joint request that the appeal be dismissed, the Board hereby dismisses the appeal with prejudice.

Dated: 29 January 2014

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58533, Appeal of CP of Bozeman, Inc., dba Maintenance Patrol, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals